UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KITRICH A. POWELL,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:06-cv-01264-KJD-CWH

ORDER

    This capital habeas corpus action has been stayed since January 15, 2008, pending completion of proceedings in state court. *See* Order entered January 15, 2008 (ECF No. 50).

    On May 9, 2019, the Court received from the petitioner, Kitrich A. Powell, a *pro se* letter requesting that the stay of this action be lifted (ECF No. 91). Powell is represented in this action by appointed counsel. "A party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6. Therefore, the letter from Powell will be stricken from the record. When the state-court proceedings have been completed, Powell must make a motion through his counsel to lift the stay of this action. *See* Order entered January 15, 2008 (ECF No. 50).

    **IT IS THEREFORE ORDERED** that the Clerk is directed to strike from the record the *pro se* letter from the petitioner that was filed on May 9, 2019 (ECF No. 91).

///

///

///

///

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere for Renee Baker, as the respondent warden, and Aaron D. Ford for Adam Paul Laxalt, as the respondent Nevada Attorney General, on the docket for this case.

DATED THIS 20 day of May, 2019.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE