UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KITRICH A. POWELL,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:06-cv-01264-KJD-DJA<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME**<br>**(ECF NO. 112)** |

In this capital habeas corpus action, on April 13, 2021, the petitioner, Kitrich A. Powell, represented by appointed counsel, filed a Motion to Stay (ECF No. 108) and a Motion for Leave to File Under Seal (ECF No. 110). The respondents were due to respond to those motions by April 27, 2021. *See* LR 7-2(b).

On April 27, 2021, Respondents filed a motion for extension of time (ECF No. 112), requesting a 30-day extension of time, to May 27, 2021, to respond to Petitioner's motions. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 112) is **GRANTED**. Respondents will have until and including May 27, 2021, to file their responses to Petitioner's Motion to Stay (ECF No. 108) and Motion for Leave to File Under Seal (ECF No. 110).

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the Order entered August 24, 2020 (ECF No. 100) will remain in effect.

DATED THIS 29 ay of April, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE