UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KITRICH A. POWELL,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 2:06-cv-01264-KJD-DJA<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME**<br>**(ECF NO. 123)** |

In this capital habeas corpus action, on April 13, 2021, the petitioner, Kitrich A. Powell, represented by appointed counsel, filed a Motion to Stay (ECF No. 108). The respondents were due on September 9, 2021, to file a supplemental response to that motion. *See* Order entered August 26, 2021 (ECF No. 122) (14 days for supplemental response).

On September 9, 2021, Respondents filed a motion for extension of time (ECF No. 123), requesting a 4-day extension of time, to September 13, 2021, to file their supplemental response to Petitioner's motion for stay. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 123) is **GRANTED**. Respondents will have until and including September 13, 2021, to file their supplemental response to Petitioner's motion for stay (ECF No. 108).

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for supplemental briefing of the motion for stay set forth in the Order entered August 26, 2021 (ECF No. 122) will remain in effect.

DATED THIS 10 day of September, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE