UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KITRICH A. POWELL,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:06-cv-01264-KJD-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 126)** |

In this capital habeas corpus action, on April 13, 2021, the petitioner, Kitrich A. Powell, represented by appointed counsel, filed a Motion to Stay (ECF No. 108). The respondents filed a supplemental response to that motion on September 13, 2021 (ECF No. 125). Powell then had seven days—until September 20, 2021—to file a reply. *See* Order entered August 26, 2021 (ECF No. 122).

On September 20, 2021, Powell filed a motion for extension of time (ECF No. 126), requesting a seven-day extension of time, to September 27, 2021, to file his reply to Respondents' supplemental response his motion for stay. Powell's counsel stated that the extension of time was necessary because of his obligations in other cases. Respondents did not oppose the motion for extension of time. On September 27, 2021, Powell filed his reply, as contemplated in his motion for extension of time (ECF No. 127).

The Court finds that the motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 126) is **GRANTED**.  Petitioner's reply (ECF No. 127) to Respondents' supplemental response to his motion for stay will be treated as timely filed.

DATED THIS 27 day of September, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE