UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KITRICH A. POWELL,<br><br>     Petitioner,<br><br>     v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>     Respondents. | Case No. 2:06-cv-01264-KJD-DJA<br><br>**ORDER** |

In this capital habeas corpus action, after a 90-day initial period following the resolution of a motion for stay (ECF No. 129), and then a 75-day extension of time (ECF No. 135), the respondents were due to respond to Petitioner Kitrich A. Powell's second amended habeas petition by April 5, 2022.

On April 5, 2022, Respondents filed a motion for extension of time (ECF No. 138), requesting a further 76-day extension, to June 6, 2022, to respond to Powell's second amended petition. Respondents' counsel states that the extension of time is necessary because of the time it has taken to assemble, and prepare for filing, the state-court record, and because of counsel's obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 138) is **GRANTED**. Respondents will have until and including June 6, 2022, to respond to the second amended petition for writ of habeas corpus.

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 24, 2020 (ECF No. 100) will remain in effect.

DATED THIS 6th day of April, 2022.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE